UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIFETOUCH NATIONAL SCHOOL
STUDIOS INC.

              Plaintiff,

v.

WALSWORTH PUBLISHING
COMPANY, INC. d/b/a WALSWORTH
YEARBOOKS,
DEBRA COHEN, RISA NITKIN,
SUSAN GILLAM, and ALEXANDER
WILSON,

              Defendants.

## DECLARATION OF MARK LANTERMAN
## IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY
## RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Mark Lanterman, on oath, deposes and says:

1.     My name is Mark Lanterman. I am the Chief Technology Officer of Computer Forensic Services ("CFS") located in Minneapolis, Minnesota. CFS and I have been retained by counsel for Lifetouch National School Studios Inc. ("Lifetouch") to assist with matters that involve digital evidence.

2.     Our firm specializes in the analysis of digital evidence in civil and criminal litigation.  I have over 25 years of experience in computer forensics and cybersecurity. Prior to joining CFS, I was a sworn investigator for the United States

1

Secret Service Electronic Crimes Task Force and acted as its senior computer forensic analyst.

3.      I am certified by the United States Department of Homeland Security as a "Seized Computer Evidence Recovery Specialist," as well as certified in computer forensics by the National White-Collar Crime Center.  Both federal and state court judges have appointed me as a neutral computer forensic analyst and special master.

4.      I graduated from Upsala College in New Jersey with both a Bachelor of Science and a Master's degree in computer science.  I completed post graduate work in cyber security at Harvard University.

5.      I am currently adjunct faculty of computer science for the University of Minnesota Technological Leadership Institute's Master of Science and Security Technologies program (MSST). I am also faculty at the Mitchell Hamline School of Law and a professor of cybersecurity at the University of St. Thomas School of Law in Minnesota. I am also faculty for the National Judicial College in Reno, Nevada and the Federal Judicial Center in Washington D.C.

6.      I have previously provided training and delivered keynote addresses for the United States Supreme Court; the Eleventh Circuit Federal Judicial Conference; the Eighth Circuit Federal Judicial Conference; the Southern District of Georgia; the Western District of Tennessee; and several state judicial conferences.  I recently delivered the keynote address at the Chief Justices' Conference in Newport, Rhode Island.  I delivered the keynote address at Georgetown Law School's e-discovery conference.

2

7.     I was appointed by the Minnesota Supreme Court to serve as a member of Minnesota's Lawyers' Professional Responsibility Board (LPRB).  I was recently appointed to sit on its Opinion Committee.

8.     I am a co-author of the Minnesota State Bar's e-Discovery Deskbook, and I also write monthly articles for *Minnesota Bench & Bar* magazine.

9.     CFS is the exclusive, contracted computer forensic expert for the Hennepin County Sheriff's Office; the Ramsey County Attorney's Office; the Washington County Attorney's Office in Minnesota; as well as the Metropolitan Airports Commission, also known as the Minneapolis/Saint Paul International Airport. CFS is also partnered with the U.S. Secret Service to assist with its electronic investigations.

10.     In October of 2019, Lifetouch retained CFS to perform forensic examinations of three devices belonging to former employees with the last names, Cohen and Nitkin.  For the purposes of this report, Lifetouch provided me with two devices used by Cohen at Lifetouch:  (1) an Asus computer (the "Cohen Computer"); and (2) a wristband thumb drive (the "Cohen Thumb Drive").  Lifetouch provided me with a Dell Latitude computer used by Nitkin at Lifetouch (the "Nitkin Computer").

11.     I offer this affidavit to serve as a brief summary of potentially relevant information I identified from the provided devices.

12.     As a result of the forensic examination, CFS produced to Lifetouch, among other things, the following:

    a. A "file detail" spreadsheet listing information about files stored on the Cohen Thumb Drive. This spreadsheet lists the names of all files created

3

on the Cohen Thumb Drive on October 1, 2019; the date and time of creation, access, and last modification of each of those files; whether each of those files had or had not been deleted from the Cohen Thumb Drive; and other available information about the files.

b. A "file detail" spreadsheet listing information about files created on the Cohen Computer from October 1, 2019, through October 3, 2019; the date and time of creation, access, and last modification of each of those files; whether each of those files had or had not been deleted from the Cohen Computer; and other available information about the files.

c. A "USB Device History" spreadsheet listing information about external devices that had been connected to the Cohen Computer, including the Serial Number, Device Name, and the date and time that the device was connected to the Cohen Computer.[1]

d. A "file detail" spreadsheet listing information about files created on the Nitkin Computer from September 28, 2019; the date and time of creation, access, and last modification of each of those files; whether each of those files had or had not been deleted from the Nitkin Computer; and other available information.[2]

e. A "USB Device History" spreadsheet listing information about external devices that had been connected to the Nitkin Computer, including the

---

[1] On September 25, 2019, a Seagate BUP Slim portable hard drive was connected to the Cohen Computer at 10:10:55PM (CST).  On September 26, 2019, a USB device was connected to the Cohen Computer at 4:46:24PM (CST).  On October 1, 2019, two separate USB devices were connected to the Cohen Computer at 7:59:09PM and 10:16:00PM (CST).  On October 3, 2019, a USB device was connected to the Cohen Computer at 11:33:15PM (CST).  On October 7, 2019, a USB device was connected to the Cohen Computer at 2:02:39PM (CST).

[2] On September 28, 2019, the Nitkin Computer accessed the Google Drive cloud-based storage service. "Cloud" accounts, generally, are used to centrally store files so that they can be accessed remotely from any computer or device connected to the Internet.

Serial Number, Device Name, and the date and time that the device was connected to the Nitkin Computer.[3]

13.    In addition to providing the aforementioned submittals to counsel for Lifetouch, I also identified that the contents of an iPhone 7 had been "backed up" to the Cohen Computer. When an iOS device such as an iPad, iPod, or iPhone is connected to a computer with iTunes installed, the user can create a backup or "snapshot" of the iOS device's user information (text messages, photos, Internet browsing history, etc.) and settings. Information about the iPhone, which was backed up to the Cohen Computer, is summarized below:

| Name | Value |
|---|---|
| Owner Name | DBC iPhone |
| Phone Model | iPhone 7 (A1660/A1779/A1780) |
| IMEI | REDACTED8372 |
| Serial | REDACTED |
| MSISDN | REDACTED |
| Apple ID | bayercohen@gmail.com |

14.    The iOS backup the iPhone 7 identified in the preceding paragraph (the "DBC iPhone") was created on October 4, 2019.  CFS did not access, nor is it capable of accessing, the DBC iPhone device itself without that device in its possession. Moreover, please note that iTunes allows user to encrypt or otherwise protect the

---

[3] On September 28, 2019, three different USB devices were connected to the Nitkin Computer at each of the following times:  4:20:07 PM (CST), 5:20:02 PM (CST), and 5:44:08 PM (CST).  On September 28, 2019, at or around 4:01PM (CST), the Nitkin Computer also accessed the Google Drive cloud-based storage service.  In addition, a Toshiba hard drive was connected to the Nitkin Computer on September 28, 2019, at 3:47:05 PM (CST).  On September 1, 2019, a WD My Passport external hard drive was connected to the Nitkin Computer.  Prior to September 1, 2019, no external storage device had been connected to the Nitkin Computer since January 25, 2018.

content of an iOS backup. Here, the user opted to not use encryption to protect the backup with a password.

15.     The data from the backup of the DBC iPhone contained several audio files, including the following:

   a. An audio recording with a duration of one minute and 35 seconds, on October 2, 2019, created at 12:45:01 PM (UTC-4).  Although I am not a professional transcriptionist, I have transcribed the recording to the best of my ability:  "Hi Susie I'm just leaving Griswold High School. Greg is very interested in coming over.  He's definitely breaking his Lifetouch contract, going to WhatsApp me his breakup letter tonight. However he also had a Jostens folder on his desk and he is considering going back to his previous rep who by the way reduced her price between 5 and 7 thousand dollars from the 2017 book to this bid on the 2020 book. Just thought that would be helpful information.  I coached him a bit on how could she cut her price and what does that tell you, uh, but obviously I wanted to be extremely careful in that conversation.  The two things that I think could entice him would be a free deboss on his cover this year as that's something we'd been planning and/or adding some pages. Not sure the feasibility of either of those but thought they might sweeten the deal for Greg.  He's planning to reach out to you this week but I'll reach out to you on this if I get any details sooner.  Thank you Susie."

   b. An audio recording with a duration of one minute and 8 seconds, on September 27, 2019, created at 1:47:31 PM (UTC-4).  Although I am not a professional transcriptionist, I have transcribed the recording to the best of my ability:  "Hi Debbie, Susie and Jim here.  I just went into Griswold High School.  Met Greg.  Nice, nice guy.  Umm, I told him, you know, I gave him a contract because he, you know, said he's going to talk to Erin, his administrator on Monday.  They have not set up sales, they

6

are not wanting to, you know, he is not wanting to move forward with Lifetouch, so, umm. He liked the software, everything looked good, he said so long as this price looks good with his administrator I think we're good and that I should reach out to him on Monday to see how that went so I'll do that. But I did give him, umm, 15, 4, for 200 copies, 168 pages, which was essentially what he was doing, but I just didn't want it to be the exact same price you guys had charged. But, umm, so, I think we're good there, and we're heading off to one of Risa's schools, Cheshire Academy, now. Umm, we'll give you a call back later, umm, in regards to the resignation. Okay, thanks, bye."

c. An audio recording with a duration of one minute and 16 seconds, on September 26, 2019, created at 5:35:50 PM (UTC-4). Although I am not a professional transcriptionist, I have transcribed the recording to the best of my ability: "Okay two things, I wanted to share with you guys, umm. When you have a chance, I heard Debbie mention that the year-end commission statements were finally final. Would you mind sending those in to Jeff Bell? He had asked me a while ago, umm, for those to be sent to him. And I wanted to update you on the meeting, umm. We did stop at Tolland but neither, umm, advisers were available and so I, I just, through the secretary, umm, said can I make an appointment for tomorrow morning and they weren't available for tomorrow morning, but next week was available. So I'm going to try to see if I can't get an appointment for next week. And then we did meet, meet with Wendy, umm, EO Smith, and we just kind of talked with her about, umm, talking with, talking her through her nerves to make the switch happen and how she would, umm, pose that to her administration and showed her the website which she loved and the samples she absolutely loved, so it was all positive now she just has to navigate the conversation with admin."

7

16.     In addition to voice recordings, I identified the following chats from the backup of DBC iPhone on the Cohen Computer. These chat sessions were made using the "WhatsApp" application.[4]

a.  What has been designated as "chat-63" is a text conversation between the following participants:  "Nancy Cell" and "Debbie Cohen."  A true and accurate copy of "chat-63" is attached hereto as Exhibit 1.

b.  What has been designated as "chat-68," is a text conversation between the following participants:  "Alex Wilson" and "Debbie Cohen."  A true and accurate copy of "chat-68" is attached hereto as Exhibit 2.

c.  What has been designated "chat-72," is a text conversation between the following participants:   "Susie Gillam," "Debbie Cohen," and "Risa Nitkin."  A true and accurate copy of "chat-72" is attached hereto as Exhibit 3.

d.  What has been designated as "chat-117," is a text conversation between the following participants: "Susie Gillam" and "Debbie Cohen."  A true and accurate copy of "chat-117" is attached hereto as Exhibit 4.

e.   What has been designated as "chat-169," is a text conversation between the following participants:  "Risa Nitkin" and "Debbie Cohen."  A true and accurate copy of "chat-117" is attached hereto as Exhibit 5.

17.     At the start of a chat message on the WhatsApp application, it states as follows:   "Messages to this chat and calls are now secured with end-to-end encryption."  End-to-end encryption secures the transmission of electronic messages in transit.  End-to-end encryption does not alter the storage of messages on the end

---

[4] WhatsApp is a freely available application for voice-over-IP voice calls and text messaging.

device, nor does it prevent the user of the device from transferring the data onto another device (e.g. an iOS backup).

18.     In addition to WhatsApp messages, I also identified, and provided to counsel, the following SMS Message exchange (among others) from the backup of the DBC iPhone that is stored on the Cohen Computer's hard drive:[5]

| Party | Time | Direction | Message |
|---|---|---|---|
| **To:** REDACTED 7689 Nancy Cell | 9/26/2019 7:38:24 PM (UTC-4) | Outgoing | Can you pls Download what's app? |
| **From:** REDACTED 7689 Nancy Cell | 9/26/2019 7:38:49 PM (UTC-4) | Incoming | Ok |
| **To:** REDACTED 7689 Nancy Cell | 9/26/2019 7:39:07 PM (UTC-4) | Outgoing | Thank you. Lmk when you get it |
| **From:** REDACTED 7689 Nancy Cell | 9/26/2019 7:40:20 PM (UTC-4) | Incoming | Done |

19.     I also identified following potentially relevant Notes from the backup of the DBC iPhone was stored on the Cohen Computer's hard drive. The "Notes" application on iPhone is akin to a word processor that stores text.

| Body | Created Date/Time |
|---|---|
| Yes to Walsworth<br>Nwr7- 2021<br>UHa- 2020<br>Ledyard HS- 2021<br>Norwood? Jen signed contract<br>EGHS- definitely yes for 2021<br>Tolland HS- yes for 2021<br>South Lancaster Academy, contact for 2023<br>Westford Academy- was interested for 2022 unless something goes wrong this<br>year. Update-uploaded photos cannot be seen, alignment tool isn't there so | 9/17/2019 9:12:57 AM (UTC-4) |

---

[5] SMS is an acronym for Short Message Service. Unlike WhatsApp, SMS messages rely on the cellular service provider, instead of relaying the messages using the Internet.

| | |
|---|---|
| making templates is difficult, custom portrait templates have two small head sizes and cannot be configured to accommodate all elements. Have Alex call. Gina knows his name. <br> Behs- eh for 2022 <br> Agawam for 2022-likely <br> Gilbert HS- yes for 2021 <br> Cohasset - Lisa maybe for 2021 <br> Hall- Matt- would set meeting w Dan to consider walsworth after contract expiration or if site goes wrong <br> Waltham for 2020- 5 free copies to match yb donor <br> Pope Francis- mtg 10/23, 12:30pm w Cindy and jimmy <br> Brown- Isaac will use his opt out option. Walsworth was 2nd choice. Will work w Kevin until I come back. Per Sarah K, 10/4/19, they were given 7 trim ad specs <br><br> NEJA- yes per dick <br> Hall- Met with Dan. Will definitely take meeting with Wellswerth. When told about cheaper digital printing, brought up how much technology Tim always offers and Dan wonders we are all that money comes from. <br><br><br><br> I'm switching yearbook companies <br><br> I'm already drafting testimonial letters for my current customers to write once they've signed with Wellswerth. Something like: we tried using our picture company for yearbooks but learned that photographers are not publishers. | |
| Dear Craig <br><br> It's with deep personal regret that I notify you of my resignation from Lifetouch effective 10/11/19. I've enjoyed growing the secondary yearbook business and truly anticipated spending the rest of my career with Lifetouch. Unfortunately, the transitions of the past 18 months have changed the focus of my position from sales to service at an organization that has disabled me from servicing my accounts and fulfilling what I sold them. My integrity and reputation are my calling card, so I no longer see Lifetouch as a fit for me. <br><br> You're a dynamic leader and I've truly enjoyed working with you. Sincere thanks for the opportunity of having been part of the RI team. <br><br> With appreciation, | 6/22/2019 <br> 11:04:27 <br> AM(UTC-4) |
| Walsworth pros and cons, strategy <br><br> Pro <br> Real people <br> Good values <br> No panic <br> Focused yearbook co. <br> Cover options and creativity- lots of plexiglass <br> Cover applications and UV done in house <br> Unique shape on UV coating <br> Open to executing new ideas <br> UV coating promo- bogo $\Sigma\Delta T$ w three year contract | 6/18/2019 <br> 5:56:38 <br> PM(UTC-4) |

| | |
|---|---|
| Con<br>Role play<br>Homework<br>Outlook vs Google<br>No recycled paper<br>Many misc. charges- art time, $3.50 page proof, cover changes, recycled paper,<br>$ .30 for shrink wrap<br>Limited value added options<br><br>What do We pay for...??<br>Giveaways<br>Sample books<br>Flyers<br>Cover and ES sample materials<br>Travel to meetings<br><br>Strategy<br>Send Alex and Kevin into some eastern mass. Schools. I call on Risa's. Once non<br>compete ends they keep some of eastern mass. And I keep some of Risa's | |
| Walsworth peeps<br>Don<br>Don Jr. - son sr in college, daughter Vanderbilt class of 2022 chi o. Wife- kappa<br>Jim Worthington- daughter at Rollins class of 2020. Lives in winter park FL.<br>Played football at Duke.<br>Beth Aussem- sec<br>Susie Gillam- 3 kids, 12 yo daughter at Shakespeare camp in CA, sons 15&18<br>Jeff Bell- 2 little kids<br>Keith Huey<br>Brenda Search<br>Customer care- Shelley?<br>Mike in the plant - Em thx<br>Lex- oversees customer care and creative service<br>Sean? Pyle- creative services director | 6/18/2019<br>5:49:29<br>PM(UTC-4) |
| Walsworth<br>Questions<br>Reporting structure/format/frequency<br><br>clear understanding of goals, expectations, rewards, and consequences for<br>individuals team<br><br>Ability to set pricing<br>Value added options<br><br>Point: schools in our area usually don't have yearbook as class so can't<br>appreciate the depth of classroom resources, YBA training, etc.<br><br>Transition: other reps call on our schools. When do we get them back? Payout to<br>either rep?<br><br>UConn | 6/2/2019 1:30:02<br>AM(UTC-4) |

20.     I reserve the right to amend and supplement this affidavit should additional information be made available to me.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

_____

Mark Lanterman

# Exhibit 1

Start Time: 9/26/2019 7:41:06 PM(UTC-4)
Last Activity: 9/26/2019 7:48:14 PM(UTC-4)
Participants: 16512837689@s.whatsapp.net Nancy Cell, 18609770048@s.whatsapp.net
Debbie Cohen
From: System Message System Message
Timestamp: 9/26/2019 7:41:06 PM(UTC-4)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for
more info.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:41:06 PM(UTC-4)
Source App: WhatsApp
Body:
Thank you for downloading. It's encrypted and there's a chance my phone will be
subpoenaed.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:41:10 PM(UTC-4)
Source App: WhatsApp
Body:
Yes really!
----------------------------
From: 16512837689@s.whatsapp.net Nancy Cell
Timestamp: 9/26/2019 7:41:41 PM(UTC-4)
Source App: WhatsApp
Body:
Oh for cripes sake
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:41:44 PM(UTC-4)
Source App: WhatsApp
Body:
Great planning meeting today w managers from my new co., Walsworth.
----------------------------
From: 16512837689@s.whatsapp.net Nancy Cell
Timestamp: 9/26/2019 7:42:06 PM(UTC-4)
Source App: WhatsApp
Body:
Good!
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:42:23 PM(UTC-4)
Source App: WhatsApp
Body:
Game plan solidified. Unfortunately part of it is me not giving notice until 10/15
so as not to allow Lifetouch to get into my schools before walsworth does.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)

Timestamp: 9/26/2019 7:43:48 PM(UTC-4)
Source App: WhatsApp
Body:
My current contract stipulates that either Lifetouch or I can cancel contract at any
time with no notice so this will give me a better chance at retaining my accounts.
Not how I'd initially wanted to do it but Lifetouch is going to come after me
regardless so wth
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:44:17 PM(UTC-4)
Source App: WhatsApp
Body:
Lasting two more weeks will be excruciating though
-----------------------------
From: 16512837689@s.whatsapp.net Nancy Cell
Timestamp: 9/26/2019 7:44:53 PM(UTC-4)
Source App: WhatsApp
Body:
Should you be in planning meetings with the new company while you're still on life
touches payroll?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:45:18 PM(UTC-4)
Source App: WhatsApp
Body:
They don't know and wouldn't have any proof
-----------------------------
From: 16512837689@s.whatsapp.net Nancy Cell
Timestamp: 9/26/2019 7:45:31 PM(UTC-4)
Source App: WhatsApp
Body:
Ok
-----------------------------
From: 16512837689@s.whatsapp.net Nancy Cell
Timestamp: 9/26/2019 7:46:09 PM(UTC-4)
Source App: WhatsApp
Body:
Did u talk to CEO today?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:46:13 PM(UTC-4)
Source App: WhatsApp
Body:
But they're definitely on high alert. Lifetouch new president was in RI today and
wanted to meet w me but I said I was booked in schools and couldn't. We had a call
this afternoon.
-----------------------------
From: 16512837689@s.whatsapp.net Nancy Cell
Timestamp: 9/26/2019 7:46:31 PM(UTC-4)
Source App: WhatsApp

Body:
And?
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:46:34 PM(UTC-4)
Source App: WhatsApp
Body:
Our site is broken. Nothing works. No one will be surprised by my departure
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 7:47:48 PM(UTC-4)
Source App: WhatsApp
Body:
Everyone apologizes but no one can give me a business plan with timeframe. Any fixes
are way after I leave. Meanwhile business is ripe for the picking so I already have
Lifetouch managers going into my schools starting today
----------------------------
From: 16512837689@s.whatsapp.net Nancy Cell
Timestamp: 9/26/2019 7:48:14 PM(UTC-4)
Source App: WhatsApp
Body:
What did he say? What do does he know?
----------------------------

# Exhibit 2

Start Time: 9/25/2019 4:30:07 PM(UTC-4)
Last Activity: 10/4/2019 11:59:39 AM(UTC-4)
Participants: 19785780976@s.whatsapp.net Alex Wilson, 18609770048@s.whatsapp.net
Debbie Cohen
From: System Message System Message
Timestamp: 9/25/2019 4:30:07 PM(UTC-4)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for
more info.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 4:30:07 PM(UTC-4)
Source App: WhatsApp
Body:
Heads up: wheels are falling off at Lifetouch. Site is virtually inoperable and when
it does work it's only K-8 appropriate. Students are dropping yb class because they
can't do anything. Great opportunity to steal some business that's considered under
contract. I♡encryption
----------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 9/25/2019 4:31:36 PM(UTC-4)
Source App: WhatsApp
Body:
Thank you! It's so weird, everyone I have called or talk to has said things are
fine. I think they are embarrassed that they didn't go with me so they are defying
logic. Certainly not giving up on them :-)
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 4:34:48 PM(UTC-4)
Source App: WhatsApp
Body:
Ask them how image upload and tagging is going. Tags are not saving, so everything
is being uploaded as untagged and therefore totally unusable. Plus, they cannot
delete images from your site. Ask them about saving pages and saving custom
templates. Those are just a few of the things not working on an ongoing basis. Log
in trouble after one has already registered on the site is another issue. Every
single task appears to require a workaround
----------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 9/25/2019 4:35:59 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds like a pretty fantastic experience if you ask me
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 4:37:14 PM(UTC-4)
Source App: WhatsApp
Body:
I prefer the term incredible, as in who could even believe. If Lifetouch had piloted

this site last year, which was planned but not done, it still would not be ready for
this year. I don't know how schools are going to actually create their pages
------------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 9/25/2019 4:39:05 PM(UTC-4)
Source App: WhatsApp
Body:
Hopefully they can't and all the schools decide to work with us sooner than later
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 4:43:54 PM(UTC-4)
Source App: WhatsApp
Body:
If I had to guess today, that is where I see it going. Sooner than later
------------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 9/25/2019 5:00:03 PM(UTC-4)
Source App: WhatsApp
Body:
Me like!!!
------------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 9/27/2019 7:38:22 AM(UTC-4)
Source App: WhatsApp
Body:
Today still the day?  If so. What time you plan to hit send?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 7:47:41 AM(UTC-4)
Source App: WhatsApp
Body:
Postponed but still on track for 10/14 start date. After meeting yesterday, plus the
horrible website, decided not to give 2 weeks. Why give them a head start? My
contract doesn't require any notice
------------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 9/27/2019 7:48:48 AM(UTC-4)
Source App: WhatsApp
Body:
That works. Hopefully u can get those college books done in the meantime/ensure u
get paid
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 7:50:42 AM(UTC-4)
Source App: WhatsApp
Body:
Yes!
------------------------------
From: 19785780976@s.whatsapp.net'Alex Wilson
Timestamp: 10/3/2019 10:01:04 AM(UTC-4)

Source App: WhatsApp
Body:
Congratulations :-). I was holding off until I knew it was official!!!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 10:12:09 AM(UTC-4)
Source App: WhatsApp
Body:
Thanks buddy!!!! 🐂
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 10:15:07 AM(UTC-4)
Source App: WhatsApp
Body:
Of course there's a story about my resignation meeting w Craig. I'll try calling you
later. It'll be your dose of humor for the day
-----------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 10/3/2019 10:42:20 AM(UTC-4)
Source App: WhatsApp
Body:
Looking forward to hearing about it.   Give a call when you get a chance
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 10:06:26 AM(UTC-4)
Source App: WhatsApp
Body:
I had an appt at New England Academy next Thurs 10/10, 10:05 am w John. Maybe a good
excuse to either call him or just show up?
-----------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 10/4/2019 11:07:10 AM(UTC-4)
Source App: WhatsApp
Body:
Unfortunately I am in Maine that day. I was hoping to stop in there Monday So
hopefully I can schedule something with him.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 11:08:15 AM(UTC-4)
Source App: WhatsApp
Body:
I'm sure he'll see you any time. Happy Friday!
-----------------------------
From: 19785780976@s.whatsapp.net Alex Wilson
Timestamp: 10/4/2019 11:50:51 AM(UTC-4)
Source App: WhatsApp
Body:
Happy Friday is right! You should see the zigzag route I have going through Maine
right now. FML
-----------------------------

```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 11:59:39 AM(UTC-4)
Source App: WhatsApp
Body:
Ugh. Safe travels and a good weekend
----------------------------
```

# Exhibit 3

Start Time: 9/24/2019 4:45:36 PM(UTC-4)
Last Activity: 10/4/2019 4:48:05 PM(UTC-4)
Participants: 16312199531@s.whatsapp.net Susie Gillam, 18609770048@s.whatsapp.net
Debbie Cohen, 12033627202@s.whatsapp.net Risa Nitkin
From: System Message System Message
Timestamp: 9/24/2019 4:45:36 PM(UTC-4)
Source App: WhatsApp
Body:
18609770048@s.whatsapp.net joined
----------------------------
From: System Message System Message
Timestamp: 9/24/2019 4:45:36 PM(UTC-4)
Source App: WhatsApp
Body:
Messages to this group are now secured with end-to-end encryption. Tap for more
info.
----------------------------
From: System Message System Message
Timestamp: 9/24/2019 4:45:36 PM(UTC-4)
Source App: WhatsApp
Body:
16312199531@s.whatsapp.net created the group "CT"
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 4:47:19 PM(UTC-4)
Source App: WhatsApp
Body:
I just got off the phone with Keith Hughey our sales training guy and he would like
for the both of you to fly into KC either Sunday Nov 3rd to train the 4th and 5th OR
fly in Nov 10th to train the 11th (Veteran's Day which schools would likely be out
for) and the 12th. Your choice.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 4:49:28 PM(UTC-4)
Source App: WhatsApp
Body:
8 am start at the Courtyard on Thursday if that works for you both.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 4:50:28 PM(UTC-4)
Source App: WhatsApp
Body:
Perfect. Looking forward. Thanks
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 5:10:38 PM(UTC-4)
Source App: WhatsApp
Body:
Training 11/11-12 sounds good if that works. Being out of the field when many
schools are closed makes more sense. Will tech training be in CT?

------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/24/2019 5:14:24 PM(UTC-4)
Source App: WhatsApp
Body:
That works for me as well
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 5:20:44 PM(UTC-4)
Source App: WhatsApp
Body:
I can teach you the ins and outs of our online program but then you'll learn all
other internal systems in KC. I'll let them know Veterans Day is best.
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/24/2019 5:21:21 PM(UTC-4)
Source App: WhatsApp
Body:
Great
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 5:23:50 PM(UTC-4)
Source App: WhatsApp
Body:
Super. Please advise us re: best way to handle travel arrangements. Does company
cover cost for training and meetings? Thanks for letting us know.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 5:38:45 PM(UTC-4)
Source App: WhatsApp
Body:
Yes. Company covers costs for travel for training. Meeting travel will come out of
your expenses. We will book for you. If you want to find the exact flights to take
in and out of KC, go ahead and then send them to me and I'll get them booked for
you. Angie Warner, our travel agent, will need your name as it appears on your
license and your birthdate to book it.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 5:38:59 PM(UTC-4)
Source App: WhatsApp
Body:
Fly in anytime on the Sunday and fly out after 5 pm on Tuesday.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 6:18:30 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\26ef1499-f78f-4202-b9bf-babb8f059444.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 6:20:31 PM(UTC-4)
Source App: WhatsApp
Body:
Debra B. Cohen
Dob 2/24/64
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 6:21:17 PM(UTC-4)
Source App: WhatsApp
Body:
Risa M. Nitkin
5/27/49
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 6:22:29 PM(UTC-4)
Source App: WhatsApp
Body:
Thanks- I've sent the info along.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 6:22:37 PM(UTC-4)
Source App: WhatsApp
Body:
Great. Thank you
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/24/2019 6:30:57 PM(UTC-4)
Source App: WhatsApp
Body:
Thank you
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 9:23:14 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\bda0cf53-1ce6-41a7-8a74-d89d49cbee79.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 4:45:45 PM(UTC-4)
Source App: WhatsApp
Body:
Oh boy, New Lifetouch CEO Greg Hintze wants to meet with me tomorrow when he is in
Rhode Island. Just say no!
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 4:53:47 PM(UTC-4)

Source App: WhatsApp
Body:
You are MUCH TOO BUSY with first visits
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/25/2019 5:02:28 PM(UTC-4)
Source App: WhatsApp
Body:
Yes. Just love it
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 5:10:41 PM(UTC-4)
Source App: WhatsApp
Body:
Exactly!!!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 5:12:43 PM(UTC-4)
Source App: WhatsApp
Body:
So as of now I have an appointment tomorrow at 3 at E O Smith. Then Friday I meet
Griswold at 12:20. And Cheshire at 2:45.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 5:17:59 PM(UTC-4)
Source App: WhatsApp
Body:
If you wanted to stop at Ledyard high school Friday morning when you go to Griswold,
Principal Amanda Fagan has probably already heard from her advisers. They might come
over for this year. So much to discuss tomorrow!!!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 5:21:13 PM(UTC-4)
Source App: WhatsApp
Body:
And Tolland maybe, right?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 5:32:00 PM(UTC-4)
Source App: WhatsApp
Body:
Yes, I'm going to text Tolland advisor tonight when I get home. Without an
appointment, I know that her prep is end of the day and she stays late on Thursdays
so could still be worth a drop in but I will try to firm up a time
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 5:32:30 PM(UTC-4)
Source App: WhatsApp
Body:
Great

```
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/26/2019 7:40:57 AM(UTC-4)
Source App: WhatsApp
Body:
When you enter the lobby go to the back right of the hotel toward the pool. We're in
the boardroom.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/26/2019 5:35:50 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\869381ba-8be5-414a-b0c5-417ac7c89132.opus
Body:

-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 6:13:32 PM(UTC-4)
Source App: WhatsApp
Body:
Got the message- thanks. Sue Fontaine is looking forward
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/27/2019 7:59:00 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\e6bb8aa8-70d3-4609-8ca3-3e541e26a2ae.opus
Body:

-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 8:16:06 AM(UTC-4)
Source App: WhatsApp
Body:
Hi Susie, if you're seeing smoke today it's just from Lifetouch going down in
flames. Risa and I have talked and would really like to come over sooner if there's
anyway the calendar would allow that. Next Wednesday would be a great start date for
me. If not, we should be setting appointments for you guys for the week of the 14th.
I don't have a single school that wouldn't take an appointment with a competitor at
this time, so I don't want to lose to the other guys.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 8:43:16 AM(UTC-4)
Source App: WhatsApp
Body:
I will get you guys what we call a workshop account so you can practice on it. You
can ask me any questions you might have about how to use the site.
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/27/2019 8:44:29 AM(UTC-4)
```

Source App: WhatsApp
Body:
Great. That will help us a lot
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/27/2019 8:45:51 AM(UTC-4)
Source App: WhatsApp
Body:
I just got an email from one of my schools whose principal wants her to look for
another company
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 8:46:41 AM(UTC-4)
Source App: WhatsApp
Body:
Great- we'll go there immediately
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 8:46:58 AM(UTC-4)
Source App: WhatsApp
Body:
I've been talking this through with Jim about resignation date.
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/27/2019 9:12:01 AM(UTC-4)
Source App: WhatsApp
Body:
The school is in RI. William M Davies Tech School.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 8:00:11 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\thumb_33bc975a-738b-4ebb-9e8c-bf7c20e9c39e.jpg
Body:
Good morning, ladies. Sorry to bother you this early on a weekend but I am just
having a chance to set you up with what we call a workshop account.
https://workshop.walsworthyearbooks.com
Risa - you can use ws1158.0001 as your username.
Debbie- you can use ws1158.0002 as your username
Password for both of you is yearbook.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 8:01:08 AM(UTC-4)
Source App: WhatsApp
Body:
It doesn't give you access to Members Only because it's for a workshop.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 8:01:58 AM(UTC-4)

Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\89e9ca19-c907-45e5-b587-d75dbd0179c6.thumb
Body:
I have another rep's demo account login so if you want to practice Members Only, go
to walsworthyearbooks.com and username is laurenromano
Password is ponybare
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/28/2019 8:55:16 AM(UTC-4)
Source App: WhatsApp
Body:
Thank you
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/28/2019 9:21:56 AM(UTC-4)
Source App: WhatsApp
Body:
Very exciting! Thank you, Susie
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/28/2019 10:24:38 AM(UTC-4)
Source App: WhatsApp
Body:
Susie, I went first to see Lauren's site and now even though I've cleared my cache
and go to WORKSHOP. Etc, it still takes me to Members Log in. Sorry to bother you
but what am I doing wrong?
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 10:26:10 AM(UTC-4)
Source App: WhatsApp
Body:
You can just use that one to get everything
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 10:26:37 AM(UTC-4)
Source App: WhatsApp
Body:
To get the workshop accounts you have to click on the link or it will direct you to
our regular login
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/28/2019 10:26:43 AM(UTC-4)
Source App: WhatsApp
Body:
Can't find how to get into the actual site. I'll look ard more carefully
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 10:26:57 AM(UTC-4)
Source App: WhatsApp

Body:
Walsworthyearbooks.com
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 10:27:11 AM(UTC-4)
Source App: WhatsApp
Body:
Click login and then put in Lauren's info
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/28/2019 10:27:35 AM(UTC-4)
Source App: WhatsApp
Body:
It shows 2 schools. Do I go into those schools to play ard but not to save?
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 10:29:10 AM(UTC-4)
Source App: WhatsApp
Body:
Sure. Just don't save anything. I'm not sure if either of them are OD4 (which is
Flash based) or OD5 which is our HTML5 version. You'll see once you click open a
page- if it asks you to allow flash you're in OD4
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/28/2019 10:29:57 AM(UTC-4)
Source App: WhatsApp
Body:
Thanks. I've got it now. Y
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 10:30:13 AM(UTC-4)
Source App: WhatsApp
Body:
👍
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/28/2019 3:06:37 PM(UTC-4)
Source App: WhatsApp
Body:
What a DYNAMIC site. Ours is so primitive. Your templates are alive and varied. No
wonder your books are so professional looking. Your template artist will make anyone
look like a pro.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/28/2019 3:57:55 PM(UTC-4)
Source App: WhatsApp
Body:
So glad you like it!!
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)

Timestamp: 9/29/2019 12:25:40 PM(UTC-4)
Source App: WhatsApp
Body:
I concur. Site is fantastic. Our schools will think they've gone to yearbook heaven
with so many creative options that are easy to implement.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 7:50:37 AM(UTC-4) '
Source App: WhatsApp
Body:
Walsworth feels you should resign today. Will you please send me a copy of what you
will send so I can review prior.
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 8:12:30 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\e77c8356-7dd5-46e7-86c0-5275ac4171b2.jpg
Body:

----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 8:14:16 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\ada299ef-0314-4369-b2af-b177e6270cb8.jpg
Body:

----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:51:12 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\98c766a3-ad4a-4d15-9e09-3de1a8549e2d.jpg
Body:

----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:53:40 AM(UTC-4)
Source App: WhatsApp
Body:
Hi Susie, I'll change the date on this letter. I'm off today and tomorrow for holy
days but would like to resign as soon as I return to work on Wednesday morning. I
won't have much contact with schools prior to that unless emergency were to arise.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 9:16:50 AM(UTC-4)
Source App: WhatsApp
Body:
I would take out the word regret here.

```
-----------------------------
```
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 9:17:42 AM(UTC-4)
Source App: WhatsApp
Body:
Wednesday works.
```
-----------------------------
```
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 9:18:55 AM(UTC-4)
Source App: WhatsApp
Body:
I am texting to see if CRAIG is in the office today
```
-----------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 9:25:35 AM(UTC-4)
Source App: WhatsApp
Body:
Ok Thank you Susie
```
-----------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 9:25:55 AM(UTC-4)
Source App: WhatsApp
Body:
I'll send you my revised letter tomorrow night
```
-----------------------------
```
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 9:26:04 AM(UTC-4)
Source App: WhatsApp
Body:
Great
```
-----------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 1:41:40 PM(UTC-4)
Source App: WhatsApp
Body:
Got my first counter offer from Craig, not answering til Wednesday
```
-----------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 1:41:56 PM(UTC-4)
Source App: WhatsApp
Body:
Debbie - I am so sorry to bother you on the Holiday!....
I received Risa's letter of resignation today..... I am hoping you are not
considering the same...
I know how difficult it's been for us all on the lead up of this transition... if
you are interested in helping me lead us through this, I could transition many of
Risa's accounts and commission to you as support and opportunity...
I would hate to lose you as well.... it represents over six figures of growth to you
```
-----------------------------
```
From: 16312199531@s.whatsapp.net Susie Gillam

Timestamp: 9/30/2019 1:43:51 PM(UTC-4)
Source App: WhatsApp
Body:
Well we knew that was coming. Wait until Wednesday. We want you to be able to call
and talk frankly to as many people as possible on Wednesday prior to sending the
email and talking with Craig.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 10:11:54 AM(UTC-4)
Source App: WhatsApp
Body:
See you at noon at Hamden Townhouse Restaurant
2260 Whitney Ave
Hamden, CT  06518
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 10:13:07 AM(UTC-4)
Source App: WhatsApp
Body:
Great
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 11:43:20 AM(UTC-4)
Source App: WhatsApp
Body:
My ETA is 1210. Sorry for running behind schedule.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 11:45:16 AM(UTC-4)
Source App: WhatsApp
Body:
No problem
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/3/2019 11:47:17 AM(UTC-4)
Source App: WhatsApp
Body:
See you then
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 12:00:36 PM(UTC-4)
Source App: WhatsApp
Body:
I'm going to call Greg at Griswold at 12:15 so I'll probably just sit in my car
until I'm done with that call.
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/3/2019 12:01:07 PM(UTC-4)
Source App: WhatsApp
Body:

Ok
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 12:01:15 PM(UTC-4)
Source App: WhatsApp
Body:
Great!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 12:51:50 PM(UTC-4)
Source App: WhatsApp
Body:
Oct. 16, 2:30pm
Cromwell hs
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/3/2019 4:20:33 PM(UTC-4)
Source App: WhatsApp
Body:
Oct 15 at 2:00. Derby HS -
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 5:09:35 PM(UTC-4)
Source App: WhatsApp
Body:
Call Xaverian brothers for appt w Dr. Conca. Anne Merritt filled me in on their
emails today and I'll fill you in Ris
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 5:12:04 PM(UTC-4)
Source App: WhatsApp
Body:
Maybe we should make a master schedule on paper with all these appointments
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 6:46:12 PM(UTC-4)
Source App: WhatsApp
Body:
I can make an editable Google doc if that works?
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 7:12:55 PM(UTC-4)
Source App: WhatsApp
Body:
I'm trying to keep our stuff offline if possible. To protect everyone. I'd love that
and it would be the best way to do it but I think we have to be archaic with this
for a while to see if they are going to come after our computers, etc
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 8:22:15 PM(UTC-4)

Source App: WhatsApp
Body:
Of course! Thank you for keeping us on the straight and narrow
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 9:06:35 AM(UTC-4)
Source App: WhatsApp
Body:
Blue hills Reg tech appt Tues 10/15, 2:30pm. Thinking of returning to Jostens after
5 yrs w me but excited about Walsworth
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/4/2019 2:53:17 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments72\ed43da8b-d522-4c12-bd9c-0c50c1bf74d9.jpg
Body:

-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 2:54:09 PM(UTC-4)
Source App: WhatsApp
Body:
Great!! Thanks
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/4/2019 2:57:05 PM(UTC-4)
Source App: WhatsApp
Body:
Thanks from me too
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/4/2019 4:41:31 PM(UTC-4)
Source App: WhatsApp
Body:
Not great news. Greg just called from Griswold. They went with Jostens for the
familiarity factor. He knows what to expect and since it's already October they felt
that was important. Only signed a one year and said he's totally open to us
competing for 2021. He'll begging the search for a company once he's done with the
book. ☺
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/4/2019 4:44:00 PM(UTC-4)
Source App: WhatsApp
Body:
Too bad about that. Just got off with Wendy. She told principal that Tim said in 2
weeks the site would be finished and it's been one week.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 4:44:13 PM(UTC-4)

Source App: WhatsApp
Body:
Not surprised. Erica Metavier is a good rep.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 4:45:49 PM(UTC-4)
Source App: WhatsApp
Body:
Greg's calling me now...
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/4/2019 4:47:33 PM(UTC-4)
Source App: WhatsApp
Body:
Jeff Bell said the lawyers are talking about how to handle the request about the
phones. He thinks we won't comply since they're yours. Don't delete anything since
they can recover things and that's the first thing they look for. About the computer
he said we should probably just return it without deleting anything.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/4/2019 4:48:05 PM(UTC-4)
Source App: WhatsApp
Body:
So will the principal wait another week for her and then leave if it's not fixed?
----------------------------

# Exhibit 4

Start Time: 9/13/2019 4:23:31 PM(UTC-4)
Last Activity: 10/4/2019 3:29:47 PM(UTC-4)
Participants: 16312199531@s.whatsapp.net Susie Gillam, 18609770048@s.whatsapp.net
Debbie Cohen
From: System Message System Message
Timestamp: 9/13/2019 4:23:31 PM(UTC-4)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for
more info.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/13/2019 4:23:31 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\d108e3b4-8d94-4f11-a9c4-414a277c4483.jpg
Body:

----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/13/2019 4:24:25 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds great! I'll share this info. Thank you and have a nice weekend.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/13/2019 4:28:54 PM(UTC-4)
Source App: WhatsApp
Body:
Same to you!
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/16/2019 1:47:56 PM(UTC-4)
Source App: WhatsApp
Body:
Hi and happy Monday. I just got an email from an unrenewed school that usually
renews on a multi year in September. Adviser wants to set up meeting. What do you
suggest?
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/16/2019 2:24:13 PM(UTC-4)
Source App: WhatsApp
Body:
Do you trust the adviser?
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/16/2019 2:25:45 PM(UTC-4)
Source App: WhatsApp
Body:
Yes. No one from Lifetouch has anything to do with this school.

------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/16/2019 2:59:53 PM(UTC-4)
Source App: WhatsApp
Body:
Where is the school?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/16/2019 3:03:23 PM(UTC-4)
Source App: WhatsApp
Body:
West Hartford, CT. Right near my house. It's New England Jewish Academy, Formerly
Hebrew High School Of New England. Maybe with its new name this year I could say Ive
never worked with the school? Doubtful
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/16/2019 3:10:11 PM(UTC-4)
Source App: WhatsApp
Body:
Doubtful. I'm wondering if you suggest to her that she meet and sign with a
Walsworth rep so she can get started for 2020 with us.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/16/2019 3:10:57 PM(UTC-4)
Source App: WhatsApp
Body:
I'll call her and follow back with you. Thanks, Susie
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/16/2019 3:13:47 PM(UTC-4)
Source App: WhatsApp
Body:
I can have one of us go in there ASAP.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/16/2019 3:39:55 PM(UTC-4)
Source App: WhatsApp
Body:
Make sure to ask her to keep it confidential because you want to have the chance to
have the same conversation with all your advisers like you're having with her. And
that word travels fast in this small yearbook community and it could adversely
affect you if it got out
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/16/2019 3:41:00 PM(UTC-4)
Source App: WhatsApp
Body:
Will do. Thanks.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)

Timestamp: 9/16/2019 7:15:12 PM(UTC-4)
Source App: WhatsApp
Body:
On second thought, I'll set an appt for week of 10/14 and then someone from
Walsworth can go in my place.  Principal's wife is the former adviser and I don't
trust her, should she get wind of what's to come. Sound good?
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/16/2019 7:16:00 PM(UTC-4)
Source App: WhatsApp
Body:
That's fine by me. Let's be safe. I'd hate to have to give up an easy one to them
because someone let the cat out of the bag
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/16/2019 7:16:23 PM(UTC-4)
Source App: WhatsApp
Body:
Great. Thank you
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/17/2019 9:12:29 AM(UTC-4)
Source App: WhatsApp
Body:
Ledyard HS is coming back to Walsworth for 2021!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/17/2019 10:45:47 AM(UTC-4)
Source App: WhatsApp
Body:
Hallelujah!!!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/17/2019 10:52:48 AM(UTC-4)
Source App: WhatsApp
Body:
👍
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/18/2019 9:40:00 AM(UTC-4)
Source App: WhatsApp
Body:
Easy Granby HS is ready to sign! I won't keep messaging you but I'm so excited!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/18/2019 12:10:26 PM(UTC-4)
Source App: WhatsApp
Body:
Please keep messaging. That's so fun!
-----------------------------

From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/18/2019 12:46:43 PM(UTC-4)
Source App: WhatsApp
Body:
Ok then! Tolland HS is in for 2021!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/18/2019 12:50:35 PM(UTC-4)
Source App: WhatsApp
Body:
Telling Tolland adviser was a lot as she was my first school! Thanks to you, Jeff
and Jim for walking me through these scenarios so I could be prepared.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/18/2019 1:04:59 PM(UTC-4)
Source App: WhatsApp
Body:
That's great!! We'll do more role playing on the 26th too
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/18/2019 1:24:27 PM(UTC-4)
Source App: WhatsApp
Body:
👍
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/19/2019 9:21:11 AM(UTC-4)
Source App: WhatsApp
Body:
Good morning, Susie. Will there be any signing incentives for schools to sign early
for 2021 or 2022? Thanks for letting me know.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/19/2019 9:23:09 AM(UTC-4)
Source App: WhatsApp
Body:
I'm just going into Westford academy and a few talking points never hurt!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 9:34:15 AM(UTC-4)
Source App: WhatsApp
Body:
We can come up with any creative incentives you'd like! Do you want to talk today to
come up with some ideas?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/19/2019 10:31:37 AM(UTC-4)
Source App: WhatsApp
Body:
We can chat when we're together. Westford academy is very interested and will gladly

meet w Alex. since he's been trying to get a meeting his name is familiar there.
I'll detail all of this in the prioritization for next week. Thank you
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 11:17:02 AM(UTC-4)
Source App: WhatsApp
Body:
Perfect!! Things are heating up!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 5:11:17 PM(UTC-4)
Source App: WhatsApp
Body:
I've got a couple of questions that came up in my discussion with Jeff Bell today.
Will most your schools likely be in session on Monday, October 14th Columbus Day?
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 5:11:38 PM(UTC-4)
Source App: WhatsApp
Body:
When you send your letter of resignation, who will you address it to?
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 5:12:47 PM(UTC-4)
Source App: WhatsApp
Body:
We looked closer at your employment contract and it says you or the company can part
ways for any reason and with or without notice. Do you think we should keep our
chances higher by not providing 2 weeks notice? You are not bound to provide any
notice.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 5:13:06 PM(UTC-4)
Source App: WhatsApp
Body:
Were you considering going to JEA in November in DC?
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 5:14:19 PM(UTC-4)
Source App: WhatsApp
Body:
We are thinking of doing a two week long blitz of your territories and maybe the
second week we'd fly in a tech person who can train you guys on our internal
platforms.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 5:15:11 PM(UTC-4)
Source App: WhatsApp
Body:
Either that for training or maybe the week of Thanksgiving- Monday- Wednesday?

```
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/19/2019 5:21:37 PM(UTC-4)
Source App: WhatsApp
Body:
Hi and thanks for messages. Just finishing a call and will respond shortly.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 5:22:03 PM(UTC-4)
Source App: WhatsApp
Body:
Thank you.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/19/2019 5:55:56 PM(UTC-4)
Source App: WhatsApp
Body:
Sorry for delay. May I call you on what's app? Too late to connect now? Ty
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/19/2019 6:14:42 PM(UTC-4)
Source App: WhatsApp
Body:
Sure. Call me anytime.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/20/2019 11:42:09 AM(UTC-4)
Source App: WhatsApp
Body:
Happy Friday! I promise I'm not typically this high maintenance, but want to stay in
touch. Many of the advisers with whom I speak have never heard of Walsworth, which
is not an issue, but I'd like to have some local sample books on hand when possible.
Forgive me if I'm jumping the gun! Agawam High School is likely for 2022, Gilbert
high school and middle school probably coming over for 2021.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/20/2019 11:42:52 AM(UTC-4)
Source App: WhatsApp
Body:
I will bring loads with me for 9/26. Great idea!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/20/2019 11:43:27 AM(UTC-4)
Source App: WhatsApp
Body:
Yay for those three schools!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/20/2019 11:45:30 AM(UTC-4)
Source App: WhatsApp
```

Body:
Super! Thanks for helping me build my toolbox
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/20/2019 11:55:54 AM(UTC-4)
Source App: WhatsApp
Body:
You'll also get a new rep toolkit once you're officially on board which will likely come with WAAAAYYY too many sample books for them.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/20/2019 12:00:30 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds exciting! Thanks
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/23/2019 9:38:57 AM(UTC-4)
Source App: WhatsApp
Body:
Good morning Susie, might you have a copy of the email that Alex sent to his Lifetouch customers prior to resigning? I want to have a draft ready just in case. Thanks and have a great Monday
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/23/2019 11:10:47 AM(UTC-4)
Source App: WhatsApp
Body:
Yes. I'll get it for you.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/23/2019 9:34:15 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\ba2eb499-aa27-4a54-9ff1-76b5119d36d6.jpg
Body:

-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/23/2019 9:34:32 PM(UTC-4)
Source App: WhatsApp
Body:
Here's Alex's letter.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/23/2019 9:34:55 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\e7baa902-75dd-4bd0-9a43-882a4d437e59.jpg
Body:

```
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/23/2019 9:40:51 PM(UTC-4)
Source App: WhatsApp
Body:
Great. Thank you. I'll share these and create my own draft. Would you like to see
it?
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/23/2019 9:41:27 PM(UTC-4)
Source App: WhatsApp
Body:
I would. Thank you.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/23/2019 9:42:00 PM(UTC-4)
Source App: WhatsApp
Body:
Thanks. Will send it Tuesday or Wednesday
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 6:50:33 AM(UTC-4)
Source App: WhatsApp
Body:
In hindsight, I would def reword this to make it more about them and how great wpc
is/works with their schools. Also more emphasis on connecting with them when I
return.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 6:50:46 AM(UTC-4)
Source App: WhatsApp
Body:
The above note is from Alex.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 6:56:53 AM(UTC-4)
Source App: WhatsApp
Body:
Great, thanks for sharing. Alex's hindsight is extremely valuable. Have a great day!
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 7:09:02 AM(UTC-4)
Source App: WhatsApp
Body:
It is a good idea to say that you had become less assured that they could print the
type of books you service. Something to that effect
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 7:10:23 AM(UTC-4)
```

Source App: WhatsApp
Body:
Definitely. Plus service and delivery. Between those three points, about 90% of my
schools will be able to relate to issues they have had in recent years
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 7:28:26 AM(UTC-4)
Source App: WhatsApp
Body:
That needs to be stated to them so they understand your reasoning
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 7:30:39 AM(UTC-4)
Source App: WhatsApp
Body:
Many of my advisers have expressed their sympathy to me based on how Lifetouch has
limited my ability to service and deliver. They know that my business is so
important to me and I take very seriously the privilege of working with my schools
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 7:33:14 AM(UTC-4)
Source App: WhatsApp
Body:
That makes perfect sense
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 9:18:31 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\16488462-a967-42c2-9411-c1858c3a3a85.jpg
Body:

----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 11:09:05 PM(UTC-4)
Source App: WhatsApp
Body:
This is good. I'll read it through some more and we'll finalize on Thursday.
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 11:10:35 PM(UTC-4)
Source App: WhatsApp
Body:
Great. Thanks, Susie. I promise to be LOW MAINTENANCE once I'm up and running. My
SOP is to never come to you with a concern where I don't have a potential solution
in place! Have a good night.
----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/24/2019 11:18:50 PM(UTC-4)
Source App: WhatsApp

Body:
Haha. Hearing from you makes me feel better so I'd rather hear more than less!
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 9:06:29 AM(UTC-4)
Source App: WhatsApp
Body:
Heads up: wheels are falling off at Lifetouch. Site is virtually inoperable and when
it does work it's only K-8 appropriate. Students are dropping yb class because they
can't do anything. Great opportunity to steal some business that's considered under
contract. I♡encryption
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 9:20:20 AM(UTC-4)
Source App: WhatsApp
Body:
Great intel - I'll pass it on!
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 11:20:17 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\f19408e7-d687-4cb3-86f4-f379d669b925.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 11:22:26 AM(UTC-4)
Source App: WhatsApp
Body:
Phone at school is best but his email is gschoen@griswoldpublicschools.org. He's
free 12:15-1pm today in case you or anyone have time.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 12:05:17 PM(UTC-4)
Source App: WhatsApp
Body:
I'll try to call him once I leave this school.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 12:05:28 PM(UTC-4)
Source App: WhatsApp
Body:
I can set an appointment with him for Friday.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 12:26:05 PM(UTC-4)
Source App: WhatsApp
Body:
I'm meeting with Greg on Friday at 12:20

```
------------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 1:26:46 PM(UTC-4)
Source App: WhatsApp
Body:
Fantastic. Thank you. We'll chat Thursday in detail. Waltham HS also ready for visit
soon. She's initiating breaking of contract this week. She specifically wants Risa
as rep but will meet w anyone to get set up
```
------------------------------
```
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 2:19:58 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds great!!
```
------------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 2:21:09 PM(UTC-4)
Source App: WhatsApp
Body:
Pope Francis really wanted to get date on calendar so tentatively set 10/23, 12:30pm
w YBA and administrator. Can change if necessary
```
------------------------------
```
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 2:24:02 PM(UTC-4)
Source App: WhatsApp
Body:
Fantastic. If you can keep setting appointments for us that is wonderful
```
------------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 2:25:37 PM(UTC-4)
Source App: WhatsApp
Body:
👍
```
------------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 4:18:32 PM(UTC-4)
Source App: WhatsApp
Body:
Might you be able to stop at Tolland High School tomorrow on the way to EO Smith?
It's just a few miles away and advisor is prepped
```
------------------------------
```
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 4:20:52 PM(UTC-4)
Source App: WhatsApp
Body:
Of course- do you want to set up a time for us to meet?
```
------------------------------
```
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 4:27:31 PM(UTC-4)
Source App: WhatsApp

Body:
Yes, I'll try. What time do you think we are all wrapped up in Wallingford? Not
rushing you, just want to be time conscious
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 4:55:10 PM(UTC-4)
Source App: WhatsApp
Body:
Probably all morning together. Then I am seeing one of Risa's schools at 3 tomorrow-
E O Smith
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/25/2019 4:55:26 PM(UTC-4)
Source App: WhatsApp
Body:
If we need to leave for a meeting with a school we'll do that!
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 7:17:37 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds great and exciting!!
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 4:42:58 PM(UTC-4)
Source App: WhatsApp
Body:
Thank you for a great meeting today. I couldn't be more excited. What happened at
Tolland?
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 8:41:59 AM(UTC-4)
Source App: WhatsApp
Body:
Neither Sue nor Jessica were able to meet but Sue did tell the secretary to tell me
that she can meet next week so I will email her to set that up. I'll move things
around to accomplish this.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 8:54:02 AM(UTC-4)
Source App: WhatsApp
Body:
Super thanks. I've been emailing with Sue and she's excited. I'll be working with
students at Tolland next Thursday 10:30-12 FYI
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 8:56:20 AM(UTC-4)
Source App: WhatsApp
Body:
Could you pls contact Waltham HS, Jillian Sorin? She's eager to meet. Could probably

get her for 2020. Thank you jilliansorin@walthampublicschools.org
(781) 314-5440
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 9:17:44 AM(UTC-4)
Source App: WhatsApp
Body:
Yes ma'am
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 11:24:13 AM(UTC-4)
Source App: WhatsApp
Body:
I spoke to Jillian briefly. She will call me back when she's done teaching.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 11:40:45 AM(UTC-4)
Source App: WhatsApp
Body:
Perfect. Just leaving Brown University. Yba Isaac Albanese Will use his opt out
option. Would work with Kevin until I come back as he met Kevin last year. I didn't
go into detail about rep. Isaac could be contacted next week as he's checking w his
boss re contract process. Thank you
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 11:42:35 AM(UTC-4)
Source App: WhatsApp
Body:
Thank you. I will contact Isaac next week.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 1:47:27 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\5b402c98-fc4e-46c5-a193-92c55cebb24e.opus
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 1:49:58 PM(UTC-4)
Source App: WhatsApp
Body:
Fantastic! Thank you both
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 3:42:47 PM(UTC-4)
Source App: WhatsApp
Body:
Pls put Westford Academy on tier 1 for visit soon. Gina's open to breaking contract
for 2020 book. I'm due to circle back w her on Wednesday

```
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 4:03:25 PM(UTC-4)
Source App: WhatsApp
Body:
Great!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 4:50:35 PM(UTC-4)
Source App: WhatsApp
Body:
New England Jewish Academy is a yes! Just bumped into principal at the deli!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 4:50:48 PM(UTC-4)
Source App: WhatsApp
Body:
Mid Oct meeting will be good there
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 5:14:19 PM(UTC-4)
Source App: WhatsApp
Body:
Awesome!!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 5:14:25 PM(UTC-4)
Source App: WhatsApp
Body:
What did you order??
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 5:15:38 PM(UTC-4)
Source App: WhatsApp
Body:
Haha! Thank you for all you've done for me this week. Safe travels and a great
weekend.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 5:19:06 PM(UTC-4)
Source App: WhatsApp
Body:
Fyi Monday and Tuesday I'm not in the field but will check messages in the evenings.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 5:53:25 PM(UTC-4)
Source App: WhatsApp
Body:
Enjoy the holiday! You deserve it!
-----------------------------
```

From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 5:55:05 PM(UTC-4)
Source App: WhatsApp
Body:
Thank you. Just got a call from a buddy/Lifetouch area sales manager asking if I'm
going to Walsworth. Tim Rosa, photo sales manager in RI, is said to have called
Sarah Kodadek to tell her he heard it from some unknown source. I didn't take the
bait
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 5:57:02 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds the secret is out. I think we ought to move the resignation up. We were
thinking Monday but with you out of the field- maybe we should do Wednesday. Jim and
I will call Jeff back now.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 5:57:10 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds Like*
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 5:57:33 PM(UTC-4)
Source App: WhatsApp
Body:
Ok thanks for staying in touch
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 6:23:40 PM(UTC-4)
Source App: WhatsApp
Body:
Did you speak to anyone? Did you tell the manager you weren't leaving?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 6:25:07 PM(UTC-4)
Source App: WhatsApp
Body:
Didn't even address it with him. It came as part of a larger conversation, mostly
about Lindsay Fulton in discussion with Walsworth. I steered clear of any comment
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 6:25:58 PM(UTC-4)
Source App: WhatsApp
Body:
Good job
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 6:26:11 PM(UTC-4)

Source App: WhatsApp
Body:
We're not talking to Lindsey Fulton
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 6:26:40 PM(UTC-4)
Source App: WhatsApp
Body:
They're kind of afraid of me so why not work it! Haha. Glad to hear that about
Lindsay.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 6:27:41 PM(UTC-4)
Source App: WhatsApp
Body:
"Walk softly and carry a big stick/book of biz!"
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/27/2019 6:29:07 PM(UTC-4)
Source App: WhatsApp
Body:
Who is she?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 6:29:52 PM(UTC-4)
Source App: WhatsApp
Body:
A newer secondary yb rep in Southeastern Michigan.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 12:34:58 PM(UTC-4)
Source App: WhatsApp
Body:
Don't answer your phone. I'm sure they'll be calling you like crazy.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 12:59:08 PM(UTC-4)
Source App: WhatsApp
Body:
No problem! Will let you know if they do call
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 1:09:53 PM(UTC-4)
Source App: WhatsApp
Body:
Sorry to bother you and don't answer this on your holiday but just wanted to leave
this for you while it was fresh in my mind. Stopped at Westford Academy and South
Lancaster Academy. Didn't see anyone but left notes. New adviser at Saint Peter
Marian.  Will have to go through Bill Driscoll and Michael Clark for decision. Their
contract is up for 2020, right?

-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 1:11:27 PM(UTC-4)
Source App: WhatsApp
Body:
St. Peter Marian - old adviser will still be involved. They're out of contract now-
2019 was their last year. Fall delivery. Bill will probably go with us but outgoing
adviser still on board to assist this year and she's my friend. Gemma Goranson.
Librarian. Try her any time
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 1:18:46 PM(UTC-4)
Source App: WhatsApp
Body:
We tried to see Gemma first. They said she dosing registrar duties and not
available.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 1:18:55 PM(UTC-4)
Source App: WhatsApp
Body:
Doing*
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 1:41:08 PM(UTC-4)
Source App: WhatsApp
Body:
Ok no problem. Bill and Michael are allies
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 1:41:49 PM(UTC-4)
Source App: WhatsApp
Body:
Alex and I left behind materials.  Plus we me Timothy St. John who is the new AP and
he worked with Kevin at Clark Univ
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 2:26:31 PM(UTC-4)
Source App: WhatsApp
Body:
Would you want your email to be Debbie.cohen@ or Debra.cohen@?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 6:16:16 PM(UTC-4)
Source App: WhatsApp
Body:
Debbie.Cohen. Thank you
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 7:33:07 PM(UTC-4)

Source App: WhatsApp
Body:
I have an appt at Griswold HS on Wednesday. Thinking I should cancel? Thanks for advising me
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 8:15:46 PM(UTC-4)
Source App: WhatsApp
Body:
You may be able to go in there Wednesday if you haven't already given notice. I'd go to all your appointments and call people all prior to letting them know so as to maximize the calls you can make and emails you can answer.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:51:41 PM(UTC-4)
Source App: WhatsApp
Body:
Will do. Pls let me know if you hear back from any of my schools in the meantime. Didn't you leave a contract w Greg at Griswold?
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 8:52:44 PM(UTC-4)
Source App: WhatsApp
Body:
I left a contract there. I haven't heard anything back.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:53:24 PM(UTC-4)
Source App: WhatsApp
Body:
Ok thanks
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 9:15:09 PM(UTC-4)
Source App: WhatsApp
Body:
University of Hartford EIC wants to start 2020 book. 2019 was their first book with me and it delivers 3rd week in October. I'm thinking to hold off meeting until that book arrives and they break contract, then send Risa in. Am I thinking along the right lines? Let me know if I should proceed otherwise. Looking forward to actually speaking on Wednesday!
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 9/30/2019 9:16:15 PM(UTC-4)
Source App: WhatsApp
Body:
Tell her to work up her ladder, come up with theme and cover, get pics and then we can start work on the book.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam

Timestamp: 9/30/2019 9:16:33 PM(UTC-4)
Source App: WhatsApp
Body:
You can chat with her about theme development in the meantime.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 9:17:03 PM(UTC-4)
Source App: WhatsApp
Body:
Perfect. Thx
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/1/2019 8:19:32 AM(UTC-4)
Source App: WhatsApp
Body:
Sue at Tolland replied to my confirmation email that she has another meeting today
and can I meet next week. I said I was in a conference next week in Florida but I
could take her out after her meeting for dinner or snacks. If that doesn't work we
can send Risa there next week I guess.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/1/2019 8:24:48 AM(UTC-4)
Source App: WhatsApp
Body:
I doubt she'll want to go out- that's just Sue. She's wonderful but not social
outside of school. She knows Risa so hopefully that'll work. I don't want to give
Tim time to poison her. Thanks for the update. Have a great day
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/1/2019 8:34:52 AM(UTC-4)
Source App: WhatsApp
Body:
She declined the offer so I asked her to meet on Thursday morning or I can have
"someone else" come in to meet her next week.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/1/2019 8:35:32 AM(UTC-4)
Source App: WhatsApp
Body:
Perfect. Thank you
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/1/2019 9:14:21 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\bb2359b7-575a-4ab5-81a6-342bf6bc6241.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)

Timestamp: 10/1/2019 9:44:48 AM(UTC-4)
Source App: WhatsApp
Body:
Yes I'd say hold off.  She's a relationship person and I think I gave her your name.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/1/2019 9:48:28 AM(UTC-4)
Source App: WhatsApp
Body:
Makes sense.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/1/2019 5:00:24 PM(UTC-4)
Source App: WhatsApp
Body:
I thought I would let you know that we got our first ink today back from Cheshire
Academy and so I entered it in the system. The Band-Aid has been ripped off - we've
gotten the first contract and now they should just start flooding in so yay for
everyone
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/1/2019 6:09:43 PM(UTC-4)
Source App: WhatsApp
Body:
Hallelujah!  Let's grow this quickly!!! Thanks for sharing the good news.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/1/2019 10:16:09 PM(UTC-4)
Source App: WhatsApp
Body:
Sorry to message you so late. I'm meeting with Craig 1:30pm tomorrow. Is Thursday
now my start date?
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/1/2019 10:20:02 PM(UTC-4)
Source App: WhatsApp
Body:
Yes
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/1/2019 10:20:34 PM(UTC-4)
Source App: WhatsApp
Body:
🙏
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 9:24:27 AM(UTC-4)
Source App: WhatsApp
Body:
Just spent half an hour w principal at Hall High. Dan Zittoun is a great guy and a

friend. Tier 1.5- may break contract for 2021
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 9:33:21 AM(UTC-4)
Source App: WhatsApp
Body:
Super! How do we proceed?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 9:53:00 AM(UTC-4)
Source App: WhatsApp
Body:
I'd start by reaching out to advisor Matt West in a couple of weeks to see how he's
doing on this site. Which will be abominable. Plus I typically make at least half of
this book for them. That should lead to a meeting with Matt and Dan. New co-advisor
Julie may opt to join as well; she just hugged me in the office!
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 9:55:52 AM(UTC-4)
Source App: WhatsApp
Body:
Will d
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 9:55:53 AM(UTC-4)
Source App: WhatsApp
Body:
Do
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 12:44:58 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\743774a4-207a-40ce-900a-76823ba454f7.opus
Body:

-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 12:46:38 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments117\2e1d135a-0a81-4b71-92c6-c19b356fc934.opus
Body:

-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 1:01:52 PM(UTC-4)
Source App: WhatsApp
Body:
Scituate HS In Rhode Island is up for grabs for their 2020 book. I pitched them, but

advisor transferred to a different school and everything got delayed. A little birdie just told me today to contact the middle school yearbook adviser. I'll send contact information soon but would also reach out to Principal Mike Hassel
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 1:03:14 PM(UTC-4)
Source App: WhatsApp
Body:
401-241-2357 Sharon Terciera cell
Ms adviser
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 2:45:23 PM(UTC-4)
Source App: WhatsApp
Body:
I'll offer a free deboss for cover for Greg
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 2:45:55 PM(UTC-4)
Source App: WhatsApp
Body:
I'm with other reps so I don't want to discuss in front of them but I will call these two schools
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 2:46:00 PM(UTC-4)
Source App: WhatsApp
Body:
Great Thank you
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 2:46:15 PM(UTC-4)
Source App: WhatsApp
Body:
How did it go today?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 5:38:45 PM(UTC-4)
Source App: WhatsApp
Body:
It's done. Not joyful but done. After I declined a 100% raise, 3 levels of managers called with an "open checkbook." So glad to have the Walsworth team behind me so I can grow quickly!
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 5:40:21 PM(UTC-4)
Source App: WhatsApp
Body:
Thank you for putting your confidence in us. This is the place for you!
------------------------------

From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 5:42:44 PM(UTC-4)
Source App: WhatsApp
Body:
I'm very glad I went to CSPA and met you. Good times and great business ahead! Thank you, Susie.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 5:50:44 PM(UTC-4)
Source App: WhatsApp
Body:
Quick question: can I reply to the many texts I'm getting from advisers?
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 7:06:27 PM(UTC-4)
Source App: WhatsApp
Body:
Yes you may.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 7:07:26 PM(UTC-4)
Source App: WhatsApp
Body:
👍🐢
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 7:15:02 PM(UTC-4)
Source App: WhatsApp
Body:
You don't work for us until tomorrow.
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/2/2019 7:15:04 PM(UTC-4)
Source App: WhatsApp
Body:
😄
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 9:16:55 PM(UTC-4)
Source App: WhatsApp
Body:
Just had a long call w University of Hartford EIC. I had two service calls scheduled in the next two weeks. we meet in the evenings in their student union. Am I ok to keep them? They're 200% signing w us. It's in my neighborhood and I might just be stopping by for coffee 😊?!
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 9:23:39 PM(UTC-4)
Source App: WhatsApp
Body:

A local volunteer to help w ladder, cover, theme etc
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 8:09:33 AM(UTC-4)
Source App: WhatsApp
Body:
Do you have a minute to talk?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 9:20:24 AM(UTC-4)
Source App: WhatsApp
Body:
Sorry I'm just seeing this. I've been in the garage purging my old sample books,
making room for better ones! Can you talk now?
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 9:26:56 AM(UTC-4)
Source App: WhatsApp
Body:
Yes.
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 9:29:31 AM(UTC-4)
Source App: WhatsApp
Body:
Kit department stuff should arrive tomorrow
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 9:29:31 AM(UTC-4)
Source App: WhatsApp
Body:
You should receive revised offer letters/contracts with the new start date today
-----------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/3/2019 9:35:51 AM(UTC-4)
Source App: WhatsApp
Body:
Wendy.swift@cheshireacademy.org
Nicole.beaudwin@cheshireacademy.org
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 1:57:57 PM(UTC-4)
Source App: WhatsApp
Body:
Scituate HS In Rhode Island is up for grabs for their 2020 book. I pitched them, but
advisor transferred to a different school and everything got delayed. A little
birdie just told me today to contact the middle school yearbook adviser. I'll send
contact information soon but would also reach out to Principal Mike Hassel
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)

Timestamp: 10/3/2019 1:58:39 PM(UTC-4)
Source App: WhatsApp
Body:
401-241-2357 Sharon Terciera cell
Ms adviser
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 1:15:59 PM(UTC-4)
Source App: WhatsApp
Body:
Do you have a minute for a quick call?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 3:07:25 PM(UTC-4)
Source App: WhatsApp
Body:
Sarah Kodadek just called me trying to get details on the Brown book that I was
unable to finish due to Lifetouch tech problems. It's an InDesign book and students
are now having to remake 150 pages because they were given 7 trim specs on a 9 trim
book by Lifetouch customer care.  Would be great to see adviser week of 10/14
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/4/2019 3:21:18 PM(UTC-4)
Source App: WhatsApp
Body:
Definitely
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/4/2019 3:24:15 PM(UTC-4)
Source App: WhatsApp
Body:
That sounds like a mess
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 3:25:08 PM(UTC-4)
Source App: WhatsApp
Body:
Let's call it a cluster. I warned adviser that they'd trash talk me
------------------------------
From: 16312199531@s.whatsapp.net Susie Gillam
Timestamp: 10/4/2019 3:29:47 PM(UTC-4)
Source App: WhatsApp
Body:
We'll get in there.
------------------------------

# Exhibit 5

Start Time: 7/24/2019 4:49:35 PM(UTC-4)
Last Activity: 10/4/2019 1:31:34 PM(UTC-4)
Participants: 12033627202@s.whatsapp.net Risa Nitkin, 18609770048@s.whatsapp.net
Debbie Cohen
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 7/24/2019 4:49:35 PM(UTC-4)
Source App: WhatsApp
Body:
Just found out that nothing is working. They hope the launch of the website will be
August 1 and that the enrollment process will be restored August 1st as well. Hope
you're all having a wonderful experience. Love and miss you.
-----------------------------
From: System Message System Message
Timestamp: 7/24/2019 4:49:35 PM(UTC-4)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for
more info.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 7/24/2019 4:51:55 PM(UTC-4)
Source App: WhatsApp
Body:
Sounds like I picked a perfect time to go away. We're having a great trip. Really
beautiful. Hang in there. Xo
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 7/24/2019 4:52:28 PM(UTC-4)
Source App: WhatsApp
Body:
Wonderful. I'm so glad
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 7/29/2019 1:34:13 PM(UTC-4)
Source App: WhatsApp
Body:
It's so good that you went away when you did. Again, nothing is working and little
is being printed.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 7/29/2019 3:35:44 PM(UTC-4)
Source App: WhatsApp
Body:
Ugh. How's Winston?
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 7/29/2019 3:36:54 PM(UTC-4)
Source App: WhatsApp
Body:
He's still living and still asked. Is it hot there. It's in the 90s here

------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 7/29/2019 3:37:16 PM(UTC-4)
Source App: WhatsApp
Body:
I meant still adled
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 7/29/2019 3:59:31 PM(UTC-4)
Source App: WhatsApp
Body:
Hope you're both keeping cool. Very hot here. Fantastic trip. All I'd hoped for and
more. Miss you. Xo
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 7/29/2019 4:00:24 PM(UTC-4)
Source App: WhatsApp
Body:
You deserve it. You worked hard, Honey. Miss you too
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 8/1/2019 5:48:17 PM(UTC-4)
Source App: WhatsApp
Body:
We will need to talk very seriously when you're home. The site is still not
available to reps although it was supposed to beTODAY. there was a webinar yesterday
to show the new site but nothing is need and there were glitches even during the
presentation but they tried to distract us. Talked to Steve Luke today and he's
talked to Jackie and Jason. You did not hear this from me because I was told in
confidence that Jason is looking for another opportunity. I will not do this to
myself again. I hope that plans pan out and nothing is rescinded. Are you going to
AUG 6 th meeting? Safe home, Deb
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/23/2019 9:50:31 PM(UTC-4)
Source App: WhatsApp
Body:
Hi
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/23/2019 9:50:41 PM(UTC-4)
Source App: WhatsApp
Body:
Hiii!
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/23/2019 9:50:57 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments169\69937fa6-47be-490e-8978-17b4822e88d0.jpg

Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/23/2019 9:51:18 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments169\af1c85cc-beb4-4258-989d-7d1962efb60f.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/23/2019 9:52:02 PM(UTC-4)
Source App: WhatsApp
Body:
dcohen
Fall2020
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/24/2019 2:09:09 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments169\e9c1a3de-471e-4068-ab71-550e77185dce.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 5:31:44 PM(UTC-4)
Source App: WhatsApp
Body:
Let's take Tug to dinner the Sunday night we're in KC
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 5:40:36 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments169\8601de53-a67e-49c8-9352-251b6ac1be33.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/24/2019 6:02:21 PM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments169\6970b7f7-9003-4241-9355-11b7a00c650e.jpg
Body:

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 8:25:14 AM(UTC-4)

Source App: WhatsApp
Body:
I've revised my letter. Pls share your thoughts. Xo

Dear Craig

It's with deep personal regret that I notify you of my resignation from Lifetouch effective 10/11/19. I've enjoyed growing the secondary yearbook business and truly anticipated spending the rest of my career with Lifetouch. Unfortunately, the transitions of the past 18 months have changed the focus of my position from sales to service at an organization that has disabled me from servicing my accounts and fulfilling what I sold them. My integrity and reputation are my calling card, so I no longer see Lifetouch as a fit for me.

You're a dynamic leader and I've truly enjoyed working with you. Sincere thanks for the opportunity of having been part of the RI team.

With appreciation,
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/25/2019 8:27:21 AM(UTC-4)
Source App: WhatsApp
Body:
Truly honest and respectful
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 9:07:58 AM(UTC-4)
Source App: WhatsApp
Body:
Heads up: wheels are falling off at Lifetouch. Site is virtually inoperable and when it does work it's only K-8 appropriate. Students are dropping yb class because they can't do anything. Great opportunity to steal some business that's considered under contract. I♡encryption
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 9:08:18 AM(UTC-4)
Source App: WhatsApp
Body:
I just sent note above to Susie. Maybe I do have an ax to grind
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/25/2019 9:08:30 AM(UTC-4)
Source App: WhatsApp
Body:
Good.
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 12:04:41 PM(UTC-4)
Source App: WhatsApp
Body:

Jillian at Waltham May come over this year and would want you as her rep
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/25/2019 12:32:50 PM(UTC-4)
Source App: WhatsApp
Body:
Wonderful. Susies hoing to Cheshire Ac on Friday. E o Smith is talking to Susie as
we speak. Wendy hates the site
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/25/2019 1:27:51 PM(UTC-4)
Source App: WhatsApp
Body:
Just messaged Susie-. Waltham HS also ready for visit soon. She's initiating
breaking of contract this week. She specifically wants Risa as rep but will meet w
anyone to get set up
-----------------------------
From: System Message System Message
Timestamp: 9/26/2019 1:59:42 PM(UTC-4)
Source App: WhatsApp
Body:
Missed Voice Call
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 4:36:10 PM(UTC-4)
Source App: WhatsApp
Body:
Wendy loved the site and the people
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 4:36:45 PM(UTC-4)
Source App: WhatsApp
Body:
Ooh great. That was going to be my voicemail to you but I caught myself. Did she say
anything about Tolland?
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 4:37:12 PM(UTC-4)
Source App: WhatsApp
Body:
No. I will ask her tomorrow
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 5:12:27 PM(UTC-4)
Source App: WhatsApp
Body:
Lynn Kirby will be my replacement
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:13:07 PM(UTC-4)

Source App: WhatsApp
Body:
She's HORRIBLE. NO CLASS they'll not like her
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 5:30:47 PM(UTC-4)
Source App: WhatsApp
Body:
I'm so angry That I have to wait
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:33:38 PM(UTC-4)
Source App: WhatsApp
Body:
I'm trying to get fired but no ones picking up on it.
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:39:28 PM(UTC-4)
Source App: WhatsApp
Body:
Are you still on?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 5:39:47 PM(UTC-4)
Source App: WhatsApp
Body:
Yes. Bravo to Steve
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:40:03 PM(UTC-4)
Source App: WhatsApp
Body:
What did he say?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 5:40:41 PM(UTC-4)
Source App: WhatsApp
Body:
Basically spare us the BS and give us the real story. He doesn't want to hear from
cheerleaders just give us the real info
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:41:51 PM(UTC-4)
Source App: WhatsApp
Body:
Okay. CRIAG knows nothing about yearbook selling!
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:42:34 PM(UTC-4)
Source App: WhatsApp

Body:
We don't need to sell the site????
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:49:26 PM(UTC-4)
Source App: WhatsApp
Body:
And do you think he's taking me???
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:49:36 PM(UTC-4)
Source App: WhatsApp
Body:
To Yale
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 5:49:36 PM(UTC-4)
Source App: WhatsApp
Body:
Fucker
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 5:49:59 PM(UTC-4)
Source App: WhatsApp
Body:
Tho he's pissing me off less than the rest of them
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/26/2019 5:50:24 PM(UTC-4)
Source App: WhatsApp
Body:
I can't take it anymore I got off for good
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/26/2019 6:12:52 PM(UTC-4)
Source App: WhatsApp
Body:
Don't forget to listen to Susie's message on what's app.
----------------------------
From: System Message System Message
Timestamp: 9/27/2019 12:37:03 PM(UTC-4)
Source App: WhatsApp
Body:
Missed Voice Call
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/27/2019 12:37:40 PM(UTC-4)
Source App: WhatsApp
Body:
Call me please

```
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 6:59:44 PM(UTC-4)
Source App: WhatsApp
Body:
Susie says they're not talking to Lindsay. Phew!
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/27/2019 8:46:43 PM(UTC-4)
Source App: WhatsApp
Body:
Thank God
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/27/2019 8:48:24 PM(UTC-4)
Source App: WhatsApp
Body:
I agree. Susie was very nice. Said to enjoy the holiday and that I deserve it. Isn't
that nice? Let's see if Craig remembers to text us. He usually does
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/27/2019 8:49:10 PM(UTC-4)
Source App: WhatsApp
Body:
Yes really nice. How did you ask her!
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/29/2019 12:26:14 PM(UTC-4)
Source App: WhatsApp
Body:
Craig accidentally FaceTimed me when he was on w John Tyrell today. I didn't pick
up. I'm sure it was a mistake
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/29/2019 2:02:44 PM(UTC-4)
Source App: WhatsApp
Body:
Weird
-----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 8:16:02 AM(UTC-4)
Source App: WhatsApp
Body:
Did you get Susie's message to resign today?
-----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:16:16 AM(UTC-4)
Source App: WhatsApp
Body:
I'll call you in a few minutes. Your name is misspelled on email to schools.
```

------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:16:47 AM(UTC-4)
Source App: WhatsApp
Body:
Yes I did. I'll write on the CT message chain
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 8:17:09 AM(UTC-4)
Source App: WhatsApp
Body:
No that O is the cursor. It is an R
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:19:17 AM(UTC-4)
Source App: WhatsApp
Body:
Phew!
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:20:45 AM(UTC-4)
Source App: WhatsApp
Body:
Are you going to see Craig today?
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 8:21:11 AM(UTC-4)
Source App: WhatsApp
Body:
I don't even know that he's in RI
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 8:21:34 AM(UTC-4)
Source App: WhatsApp
Body:
Did she ask you to resign today as well?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:21:46 AM(UTC-4)
Source App: WhatsApp
Body:
So how will you contact him? Phone? Email?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:22:10 AM(UTC-4)
Source App: WhatsApp
Body:
Yes I think her message was for both of us.
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin

Timestamp: 9/30/2019 8:22:21 AM(UTC-4)
Source App: WhatsApp
Body:
No idea yet. Have to think it thru with you
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 8:22:53 AM(UTC-4)
Source App: WhatsApp
Body:
Ok I'll call you in about 5 min
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 10:11:15 AM(UTC-4)
Source App: WhatsApp
Body:
Did you hear from Craig?
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 10:55:31 AM(UTC-4)
Source App: WhatsApp
Body:
I'm meeting with him at11:30
------------------------------
From: System Message System Message
Timestamp: 9/30/2019 12:19:03 PM(UTC-4)
Source App: WhatsApp
Body:
Missed Voice Call
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 1:11:39 PM(UTC-4)
Source App: WhatsApp
Body:
Did you send email to your schools?
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 1:13:07 PM(UTC-4)
Source App: WhatsApp
Body:
Are you letting other Lifetouch reps know?
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 3:36:46 PM(UTC-4)
Source App: WhatsApp
Body:
I told Phaedra, Diane, Steve F and I will tell Steve Luke after you resign although
I'm sure Craig has already sent him the accounts that he wants Steve to handle
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 7:43:00 PM(UTC-4)

Source App: WhatsApp
Body:
Look at Denny's text just now
------------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 9/30/2019 7:43:28 PM(UTC-4)
Source App: WhatsApp
Body:
I'm on the phone with him now
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 7:43:33 PM(UTC-4)
Source App: WhatsApp
Body:
Here's what I texted Craig: Hi Craig, of all times for a holiday. I do want to
discuss with you and I'm sorry about my limited availability today and tomorrow. My
schedule for Wednesday has changed and I'll be in RI in the morning. May I come by
the office 10:30am or later? Thanks for letting me know.
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 9/30/2019 7:43:45 PM(UTC-4)
Source App: WhatsApp
Body:
Give him a virtual hug for me
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/1/2019 1:28:17 PM(UTC-4)
Source App: WhatsApp
Body:
From Sarah K: Ill never forgive myself if we don't talk before you leave. If that's
the case.
I know you're off today, but if you do me that favor I would really appreciate it.
Tomorrow or later this week works too
------------------------------
From: System Message System Message
Timestamp: 10/2/2019 2:43:32 PM(UTC-4)
Source App: WhatsApp
Body:
Missed Voice Call
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/2/2019 6:08:28 PM(UTC-4)
Source App: WhatsApp
Body:
My email is shut off too
------------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/3/2019 12:19:59 PM(UTC-4)
Source App: WhatsApp
Body:

Oct. 16, 2:30pm
Cromwell hs
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/4/2019 7:34:45 AM(UTC-4)
Source App: WhatsApp
Body:
Can you send me your map so I can print it
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 8:06:10 AM(UTC-4)
Source App: WhatsApp
Body:
Yes I'll send it. Just speaking with advisers now and at 8:30 and then I'll call you
ok?
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/4/2019 8:06:33 AM(UTC-4)
Source App: WhatsApp
Body:
Thanks
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 9:13:58 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments169\a4b646d5-83b4-452f-8c4c-41f7a5528fac.jpg
Body:

----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 9:14:17 AM(UTC-4)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp\attachments169\6b942e1f-5aaa-41df-ab5a-6db886f81313.jpg
Body:

----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 10:32:46 AM(UTC-4)
Source App: WhatsApp
Body:
Talking to Tug! I'll call you soon
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/4/2019 10:33:26 AM(UTC-4)
Source App: WhatsApp
Body:
Got a lawyers packet to cease and desist.
----------------------------

From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 10:33:41 AM(UTC-4)
Source App: WhatsApp
Body:
Send me pics of the letters
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/4/2019 10:34:08 AM(UTC-4)
Source App: WhatsApp
Body:
Too big of a packet
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 10:34:33 AM(UTC-4)
Source App: WhatsApp
Body:
Mine will probably come on Monday
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 12:31:50 PM(UTC-4)
Source App: WhatsApp
Body:
Didn't realize how cathartic it would be to purge the poison. Feels like a good
detox
----------------------------
From: 12033627202@s.whatsapp.net Risa Nitkin
Timestamp: 10/4/2019 12:32:20 PM(UTC-4)
Source App: WhatsApp
Body:
I agree
----------------------------
From: From: 18609770048@s.whatsapp.net Debbie Cohen (owner)
Timestamp: 10/4/2019 1:31:34 PM(UTC-4)
Source App: WhatsApp
Body:
Craig emailed wanting me to send in my cell phone. Have you heard from him other
than the letter?
----------------------------